**Connell Foley LLP**
One Newark Center
1085 Raymond Boulevard
Nineteenth Floor
Newark, New Jersey 07102
(973) 436-5800
Attorneys for Plaintiff, Travelodge Hotels, Inc.

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| TRAVELODGE HOTELS, INC., a Delaware Corporation,<br><br>    Plaintiff,<br><br>v.<br><br>MIDWEST GROUP HOSPITALITY INVESTMENT, LLC, a Missouri Limited Liability Company; SYED ASIF, an individual; CLARA ASIF, an individual; LAEEQ TAHIRKHELI, an individual; SABEEN ALAM TAHIRKHELI, an individual; OMAR KASSEM, an individual; WARDAH ALSALIHI, an individual; ZAFAR IQBAL, an individual; SHAHEEN IQBAL, an individual; ZAFAR MUGHAL, an individual; and SAMIA AMEER, an individual,<br><br>    Defendants. | Civil Action No. 2:24-cv-07263-JXN-MAH<br><br>**STIPULATION AND ORDER OF DISMISSAL** |

  The matter in difference in the above-entitled action having been amicably adjusted by and between plaintiff, Travelodge Hotels, Inc. ("THI"), and defendants, Midwest Group Hospitality Investment, LLC, Syed Asif, Clara Asif, Laeeq Tahirkheli, Sabeen Alam Tahirkheli, Omar Kassem, Wardah Alsalihi, Zafar Iqbal, Shaheen Iqbal, Zafar Mughal, and Samia Ameer, it is hereby stipulated and ordered that the Complaint be and the same is hereby dismissed without prejudice and without costs as to defendants, Midwest Group Hospitality Investment, LLC, Syed Asif, Clara Asif, Laeeq Tahirkheli, Sabeen Alam Tahirkheli, Omar Kassem, Wardah Alsalihi,

Zafar Iqbal, Shaheen Iqbal, Zafar Mughal, and Samia Ameer, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii).

It is further ordered that the terms of the confidential Settlement Agreement are incorporated herein by reference and the Court shall retain jurisdiction over the agreement to enforce its terms.

So ordered on this 20th day of August, 2025.

_____
HONORABLE JULIEN XAVIER NEALS
United States District Judge

**Connell Foley LLP**
Attorneys for Plaintiff,
Travelodge Hotels, Inc.

By: _/s/ Bryan Couch_____
    Bryan P. Couch

Dated: __August 19, 2025_____

**The Law Offices of Peter J. Lamont**
Attorneys for Defendants,
Midwest Group Hospitality Investment, LLC, Syed Asif, Clara Asif, Laeeq Tahirkheli, Sabeen Alam Tahirkheli, Omar Kassem, Wardah Alsalihi, Zafar Iqbal, Shaheen Iqbal, Zafar Mughal, and Samia Ameer

By: _/s/ Peter Lamont_____
    Peter J. Lamont

Dated: __August 19, 2025_____